IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PATRICIA JOYCE PATTERSON,    )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )        2:22cv99-MHT
                             )            (WO)
THOMAS J. VILSACK,           )
Secretary, U.S. Department   )
of Agriculture, and U.S.     )
DEPARTMENT OF AGRICULTURE,   )
                             )
     Defendants.             )
```

ORDER

Pursuant to the agreement of the parties on the record during the status conference on January 23, 2024, it is ORDERED and ADJUDGED that all claims against defendant United States Department of Agriculture are dismissed with prejudice, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 23rd day of January, 2024.**

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**