IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PATRICIA JOYCE PATTERSON,  )<br>                             )<br>     Plaintiff,            )<br>                             )<br>     v.                      )<br>                             )<br>THOMAS J. VILSACK,           )<br>Secretary, U.S. Department   )<br>of Agriculture,             )<br>                             )<br>     Defendant.              ) | CIVIL ACTION NO.<br>2:22cv99-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Thomas J. Vilsack's motion for summary judgment (Doc. 44) is granted.

(2) Judgment is entered in favor of defendant Vilsack and against plaintiff Patricia Joyce Patterson, with plaintiff Patterson taking nothing by her complaint.

(3) The motion to exclude the expert report and testimony of Dr. Robert W. McLeod (Doc. 46) is denied

as moot.

It is further ORDERED that costs are taxed against plaintiff Patterson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of February, 2024.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**